**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JAMES HYRE**<br><br>**and**<br><br>**HYRE & ASSOCIATES, LLC D/B/A HYRE PERSONAL WEALTH ADVISORS**<br><br>**Plaintiffs.**<br><br>**v.**<br><br>**MARINER, LLC**<br><br>**Defendant.** | **Case No. 2:26-CV-02111-JWB-JBW** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Hyre & Associates, LLC D/B/A Hyre Personal Wealth Advisors and Plaintiff James Hyre hereby voluntarily dismiss their Complaint against Defendant Mariner, LLC **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has neither answered nor filed a motion for summary judgement.

Dated: May 5, 2026

SANDBERG PHOENIX & VON GONTARD, P.C.

By */s/ W. Perry Brandt*

W. Perry Brandt DKAN # 77842
Evan Rose KS # 30648
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
(816) 305-7377
pbrandt@sandbergphoenix.com
erose@sandbergphoenix.com

**CERTIFICATE OF SERVICE**

On this 5th day of May, 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Chris R. Pace KS #17178
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 W. 47th St. Suite 500
Kansas City, MO 64112
816-471-1301
816-471-1301 (Facsimile)
chris.pace@ogletree.com

*/s/ W. Perry Brandt*
**Attorney for Plaintiffs**